

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2025 APR 21  P 3: 06

CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**PETTY OFFENSE**

### BILL OF INFORMATION FOR FAILURE TO REGISTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **25 - 96** |
| v. | * | SECTION: **DUTY MAG.** |
| JOSUE ALEJANDRO GUERRERO | * | VIOLATION: 8 U.S.C. § 1306(a) |

\* \* \*

The United States Attorney charges that:

### COUNT 1

Beginning in or about 2022, and continuing until at least April 17, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **JOSUE ALEJANDRO GUERRERO**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

FREDERICK W. VETERS, JR. (23584)
G. DALL KAMMER
Assistant United States Attorneys

New Orleans, Louisiana
April 21, 2025

✓ Fee _USA_
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

No. _____

**United States District Court**

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

JOSUE ALEJANDRO GUERRERO

BILL OF INFORMATION
FOR FAILURE TO REGISTER

Violation(s): 8 U.S.C. § 1306(a)

Filed _____, 20 25 ___

_____, Clerk.

By _____, Deputy

_/s/ F. W. Veters_
Assistant United States Attorney
FREDERICK W. VETERS, JR.