GOVERNMENT
EXHIBIT
**C**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO.: 25-96 |
| **JOSUE ALEJANDRO GUERRERO** | * | |
| **AKA: JOSUE GUERRERO** | * | |

\* \* \*

## AFFIDAVIT

I, William J. Phillpott, being duly sworn, hereby depose and state as follows:

1. I am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), 1250 Poydras Street, Suite 350, New Orleans Louisiana. I have been employed with ICE since September 2019.

2. I have 8 years training and experience in the enforcement of immigration and naturalization laws of the United States. Part of my duties as a Deportation Officer, requires me to identify, locate, apprehend, and remove foreign nationals or aliens who are found in the United States in violation of the Immigration and Nationality Act (INA), and to investigate criminal violations of Titles 8 and 18 of the United States Code, including illegal reentry into the United States, the fraudulent production, possession, and use of identification documents, and violations of firearm statues involving undocumented aliens.

3. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4. **Josue Alejandro GUERRERO** is an alien who has been issued Alien Registration Number XXX-XXX-521, on April 17, 2025, by ICE ERO in New Orleans. **GUERRERO** is a

citizen and national of Honduras, who prior to April 17, 2025, had never been encountered by immigration officials in the United States. **GUERRERO** alleges that he entered the United States from Mexico without being admitted or inspected by an immigration officer at an unknown place on an unknown date, sometime in 2022.

5.  On or about August 10, 2024, **GUERRERO** was arrested and charged by the Jefferson Parish Sheriff's Office with misdemeanor Theft of less than $1,000 dollars in Jefferson Parish, LA. He was booked into the Jefferson Parish Correctional Center and later released from custody the next day on a $500.00 bond. This case is still pending with the Jefferson Parish First Parish Court, as the defendant was incarcerated during his scheduled trial date.

6.  On or about November 24, 2024, **GUERRERO** was arrested again and charged by the Jefferson Parish Sheriff's Office with two counts of possession of a controlled substance, to wit, Cocaine and Marijuana in Jefferson Parish, LA. He was booked into the Jefferson Parish Correctional Center and later plead guilty to both charges. On April 15, 2025, **GUERRERO** was sentenced to a term of two years imprisonment, suspended with credit for time served, and given two-years' probation.

7.  On April 17, 2025, ICE ERO officers, utilizing Department of Homeland Security databases, did not find any record showing **GUERRERO** had made a lawful entry into the United States, nor did he seek permission from the Attorney General to enter the United States. During a check in with his probation officer at the Louisiana Probation and Parole Office in Kenner, LA, **GUERRERO** was taken into ICE custody without incident. Furthermore, no present records document that **GUERRERO** registered as an alien within thirty days of his entry into the United States in violation of 8 U.S.C. § 1302.

8.      On April 17, 2025, **GUERRERO** was read his Miranda rights by ICE Deportation Officer J. Jack. **GUERRERO** was asked the following questions in the Spanish language via an interpreter. He admitted as follows:

Question # 10 "When did you last enter the United States"? to which he responded, sometime in 2022.

Question # 11 "How and where did you enter the United States at that time"? to which he responded, I walked across the border into Texas.

Question #12 "Did you register with the Department of Homeland Security to inform them that you were presently in the United States"? to which he said, no.

Respectfully submitted,

*s/William J. Phillpott*
William J. Phillpott
Deportation / Taskforce Officer
Immigration and Customs Enforcement,
Homeland Security Investigations
