MINUTE ENTRY
NORTH, M.J.
MAY 13, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-96 |
| JOSUE ALEJANDRO GUERRERO | SECTION "MBN" |

CASE MANAGER:        ANGELLE MARTIN
COURT REPORTER:   TONI TUSA

APPEARANCES:   Rick Veters, Dall Kammer Assistant U. S. Attorney
                              Josue Alejandro Guerrero, Defendant
                              Annalisa Miron, FPD Counsel for Defendant
                              Silvia Gomez-Juarez, Spanish Interpreter
                              Sworn:   10:49 a.m.   to  11:07 a.m.

PROBABLE CAUSE HEARING

Case called.
All present and ready.

Government orally moves to enter previous officer testimony and transcripts from cases 25-94 and 25-95 into this record.
Oral motion Granted by the court.

The matter was heard-argued-submitted.

As to the Charge of 8:1306(a), the Court finds no probable cause to hold the defendant, and the Court dismisses the Bill of Information without prejudice effective 5-13-2025.
Written order and reasons to follow.

Defendant was remanded to the custody of the U.S. Immigration and Customs Enforcement.

MJSTAR:   00: 18