UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 25-96

JOSUE ALEJANDRO GUERRERO                      SECTION M

**O R D E R**

Considering the *ex parte* motion of the Government to dismiss appeal (R. Doc. 15),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Government's appeal of the Magistrate Judge's

Order and Reasons dismissing the Government's bill of information is DISMISSED.

New Orleans, Louisiana, this 26th day of August, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE